**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**



| Judge or Division: <br> ELLEN HANNIGAN RIBAUDO | Case Number: 16SL-CC04493 |
|---|---|
| Plaintiff/Petitioner: <br> MARK FITZHENRY <br><br> vs. | Plaintiff's/Petitioner's Attorney/Address <br> MAX GEORGE MARGULIS <br> 28 OLD BELLE MONTE ROAD <br> CHESTERFIELD, MO 63017 |
| Defendant/Respondent: <br> VACATION CONSULTING SERVICES LLC | Court Address: <br> ST LOUIS COUNTY COURT BUILDING <br> 105 SOUTH CENTRAL AVENUE <br> CLAYTON, MO 63105 |
| Nature of Suit: <br> CC Injunction | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: VACATION CONSULTING SERVICES LLC
Alias:

R/A: BRIAN JAY SCROGGS
1408 N. WICKLOW
NIXA, MO 65714



COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

06-DEC-2016
Date

_____
Clerk

Further Information:
SMB

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
JASON Hemingway (name) Authorized to Accept Service (title).
☐ other
Served at 636 Republic Rd. Building F, Spring field MO (address)
in Greene (County/City of St. Louis), MO, on 1-20-17 (date) at 4:27pm (time).
Jeff Simpson
Printed Name of Sheriff or Server                Signature of Sheriff or Server

J. BRANCH
My Commission Expires
February 6, 2017
Moniteau County
Commission #13445829

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on February 3rd 2017 (date).
My commission expires: 2/6/2017
Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary <br> Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( ____ miles @ $ ____ per mile) |
| **Total** | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - February 08, 2017 - 03:00 PM

EXHIBIT C