**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK FITZHENRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VACATION CONSULTING SERVICES, LLC, BRIAN JAY SCROGGS and JOHN DOES 1-10, | ) ) ) | |
| Defendants, | ) ) | No. 4:17CV774 RLW |
| v. | ) ) | |
| SIGNATURE GETAWAYS, LLC, JJ&C MARKETING, LLC, ROGELIO MENDOZA, JR., d/b/a MENDOZA MARKETING and MENDOZA MARKETING, LLC, | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

**ORDER OF PARTIAL DISMISSAL**

Pursuant to Stipulation for Dismissal filed by Plaintiff Mark Fitzhenry and Defendants Vacation Consulting Services, LLC and Brian Jay Scroggs (ECF No. 82),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice as to Defendants Vacation Consulting Services, LLC and Brian Jay Scroggs, each party to bear its own costs.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant John Does 1-10 are **DISMISSED** without prejudice.

Dated this 18th day of April, 2018.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**