# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of all others similarly-situated, ) ) ) | |
| Plaintiff, ) ) | Cause No. 4:17-cv-00774-RLW |
| v. ) ) ) | |
| VACATION CONSULTING SERVICES, LLC, BRIAN JAY SCROGGS, and JOHN DOES 1-10, ) ) ) ) | |
| Defendants/Third-Party Plaintiffs, ) ) | |
| v. ) ) | |
| JJ&C MARKETING, LLC, ROGELIO MENDOZA JR. d/b/a MENDOZA MARKETING, MENDOZA MARKETING, LLC, AND SIGNATURE GETAWAYS, LLC ) ) ) ) ) ) | |
| Third-Party Defendants, | |

**THIRD-PARTY PLAINTIFF VACATION CONSULTING SERVICES, LLC AND BRIAN JAY SCROGGS' CONSENT DISMISSAL WITH PREJUDICE OF ITS CLAIMS AGAINST THIRD-PARTY DEFENDANTS JJ&C MARKETING, LLC, ROGELIO MENDOZA, JR., AND MENDOZA MARKETING, LLC, AND WITHOUT PREJUDICE AGAINST THIRD-PARTY DEFENDANT SIGNATURE GETAWAYS, LLC.**

COMES NOW Defendants/Third-Party Plaintiffs, Brian Scroggs and Vacation Consulting Services, LLC,  with consent of Third-Party Defendants JJ&C Marketing, LLC, Rogelio Mendoza, Jr., and Mendoza Marketing, LLC and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses its claims against JJ&C Marketing, LLC, Rogelio Mendoza, Jr., and Mendoza Marketing, LLC **with prejudice**.  Signature Getaways, LLC is hereby dismissed **without prejudice**.  No notice needs to be issued to the putative class under Rule 23, because there has

been no finding that this action can proceed as a class action, and no class has been certified herein.  Each party shall bear their own costs.

**SO ORDERED:**

_____      _____
Judge Ronnie L. White                                              DATE

  /s/ James C. Ochs
James C. Ochs #34436MO
**OCHS & KLEIN, ATTORNEYS, P.C.**
149 N. Meramec, 2nd Floor
Clayton, MO  63105
P:  (314) 727-2111
F:  (314) 727-2110
E-Mail:  jochs@ochsklein.com
*Attorney for Third-Party Defendant Rogelio Mendoza, Jr. and Third-Party Defendant Mendoza Marketing, LLC*

  /s/ Taylor C. Moore
Taylor C. Moore #60598MO
**TAYLOR MOORE LAW LLC**
1335 E. Republic Road, Suite H
Springfield, MO  65804
P:  (417) 450-4020
F:  (417) 450-4010
E-mail:  taylormoore@tmoorelaw.com
*Attorneys for Third Party Defendant JJ&C Marketing, LLC*

  /s/ Matthew A. Jacober
Matthew A. Jacober, #51585MO,
Michael Clithero, #31402MO,
Matthew J. Rogers, #69304MO
**LATHROP GAGE LLP**
7701 Forsyth Blvd, Suite 500
Clayton, MO 63105
P: (314) 613-2800
F: (314) 613-2801
Email: mjacober@lathropgage.com
mclithero@lathropgage.com
mrogers@lathropgage.com
*Attorney for Defendants Vacation Consulting Services, LLC and Brian Scroggs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 18th day of April, 2018 upon all counsel of record

/s/ Matthew A. Jacober