UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> VACATION CONSULTING SERVICES, LLC, BRIAN JAY SCROGGS and JOHN DOES 1-10, </br></br> Defendants, </br></br> v. </br></br> SIGNATURE GETAWAYS, LLC, JJ&C MARKETING, LLC, ROGELIO MENDOZA, JR., d/b/a MENDOZA MARKETING and MENDOZA MARKETING, LLC, </br></br> Third-Party Defendants. | No. 4:17CV774 RLW |

## ORDER OF DISMISSAL

Pursuant to Stipulation for Dismissal filed by Third-Party Plaintiffs Vacation Consulting Services, LLC and Brian Jay Scroggs and Third-Party Defendants JJ&C Marketing, LLC, Rogelio Mendoza, Jr., and Mendoza Marketing, LLC (ECF No. 85),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice as to Third-Party Defendants JJ&C Marketing, LLC, Rogelio Mendoza, Jr., and Mendoza Marketing, LLC, each party to bear its own costs.

**IT IS FURTHER ORDERED** that Third-Party Plaintiffs' claims against Third-Party Defendant Signature Getaways, LLC are **DISMISSED** without prejudice.

Dated this 19th day of April, 2018.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**